[Nos. 64601-0-I; 64602-8-I;    Division One.    September 13, 2010.]
64603-6-I; 64701-6-I;
64702-4-I; 64703-2-I.

*In the Matter of the Dependency of* F.S. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. DONNA SMITH ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 09-7-01303-7, Monica J. Benton, J., entered December 8, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Spearman, JJ.

[No. 38366-7-II.    Division Two.    September 14, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHAN MICHAEL CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00005-2, John P. Wulle, J., entered September 22, 2008. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt and Quinn-Brintnall, JJ.

[No. 38539-2-II.    Division Two.    September 14, 2010.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHNNY CASSANOVA TWITTY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05164-5, James R. Orlando, J., entered November 7, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.